**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ADVANCED MAGNET LAB, INC.,**

   **Plaintiff,**

-vs-                Case No. 6:11-cv-1258-Orl-35KRS

**ENVIRONMENTAL TECHNOLOGIES, INC.,**

   **Defendant.**

_____

# ORDER

  This matter comes before the Court on the Emergency Motion to Seal Document and Remove Exhibit "D" to Plaintiff's Complaint & Substitute Redacted Version (Doc. 8) (henceforth, the "Motion to Seal"). After review, it is hereby

  **ORDERED AND ADJUDGED** that the Motion to Seal (Doc. 8) is **GRANTED IN PART AND DENIED IN PART.** The Clerk is directed to remove Exhibit D to the Complaint from the public docket and file it under seal.[1] However, the Court sees no need, at this time, to

---

[1] After making an appearance in this case, the Defendant or other interested parties may challenge the decision to permit this document to be filed under seal.

attach a redacted version of Exhibit D to the Complaint.  Accordingly, that portion of the Motion to Seal is **DENIED WITHOUT PREJUDICE.**

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on September 7, 2011.

                                              GREGORY A. PRESNELL
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party